# EXHIBIT 1



EXHIBIT 1