STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Presented on behalf of Plaintiffs and
Putative Class Members

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY C. FINLEY, C. FINLEY, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC MICHAEL GARCETTI, *et al.*, <br><br> Defendants. | 2:21-cv-06003-DOC <br><br> **APPLICATION FOR PRELIMINARY INJUNCTION** <br><br><br><br><br><br><br><br> Judge David O. Carter |

Plaintiffs request the issuance of a TRO to prevent the vehicle sweep that has begun and is about to continue of Jefferson Boulevard, based on the attached declarations of plaintiffs Wendy Lockett and Eric Serin.

Respectfully submitted,

**YAGMAN + REICHMANN, LLP**

By: *Stephen Yagman*
**STEPHEN YAGMAN**

# MEMORANDUM OF POINTS AND AUTHORITIES

The court stated in the May 20, 2022 hearing, to the forever evasive lawyer for the City defendants, Emerson Kim: "if this takes the import of a sweep, you'll have an injunction within 24 hours. Do you understand?" TR, 05/20/22. The court continued: "I'm going to deny Mr. Yagman's TRO at the present time, but he's going to come right back in this court as early as a week or two [and, yes, here he is, but almost two months later], I imagine, because he's watching [and, yes, he is]. Okay? So fair warning, as fair as safety's concerned . . . but don't use this as a guise for a sweep. All [*sic*] right?" *Id.* at 51:14-22.

> "A preliminary injunction is an extraordinary remedy never awarded as of right." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 24, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008). At the same time, however, federal courts "must not shrink from their obligation to enforce the constitutional rights of all persons, including prisoners." *Brown v. Plata*, 563 U.S. 493, 511, 131 S.Ct. 1910, 179 L.Ed.2d 969 (2011) (citation and internal quotation marks omitted). Nor may federal courts "allow constitutional violations to continue simply because a remedy would involve intrusion into the realm of prison administration." *Id.*
>
> To obtain a preliminary injunction, Porretti "must establish [1] that he is likely to succeed on the merits, [2] that he is likely to suffer irreparable harm in the absence of preliminary relief, [3] that the balance of equities tips in his favor, and [4] that an injunction is in the public interest." *Winter*, 555 U.S. at 20, 129 S.Ct. 365. Where, as here, the government opposes a preliminary injunction, the third and fourth factors merge into one inquiry. *Drakes Bay Oyster Co. v. Jewell*, 747 F.3d 1073, 1092 (9th Cir. 2014).

*Poretti v. Dzurenda*, 11 F.4th 1037, 1047 (9th Cir. 2021). Here, plaintiffs have met and exceeded all of the four injunctive relief factors.

At some point, enough has to be enough, this is that point, and now a preliminary injunction should issue, barring the towing of any oversize vehicle on Jefferson Boulevard and ordering the repatriation of the ones towed on Aug. 12.

1    Plaintiffs are unable to reach defense counsel on Sat. evening, but he will

2    receive this filing immediately it is filed. What will he concoct this time?

3                            Respectfully submitted,

4

5                    **YAGMAN + REICHMANN, LLP**

6

7                    By: *Stephen Yagman*
                        **STEPHEN YAGMAN**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DECLARATION OF WENDY LOCKETT**

I, WENDY LOCKETT, declare the following to be true under the penalty of perjury at Venice Beach, California, pursuant to 28 U.S.C. § 1746, on the date set forth below my signature hereinbelow.

1. I am one of the plaintiffs in these consolidated, putative class actions.

2. I reside in an RV on Jefferson Boulevard, alongside the Ballona Wetlands.

3. On Friday, Aug. 12, 2022, the LAPD and Bruffy's tow trucks came through the RV encampment, and towed away for impoundment at least three RVs.

4. They indicated that they would be coming back next week, to finish the sweep.

_____

**WENDY LOCKETT** Sat., 08/13/22  5:00 p.m.

1

1

## DECLARATION OF ERIC SERIN

I, ERIC SERIN, declare the following to be true under the penalty of perjury at Venice Beach, California, pursuant to 28 U.S.C. § 1746, on the date set forth below my signature hereinbelow.

1. I am one of the plaintiffs in these consolidated, putative class actions.

2. I reside in an RV on Jefferson Boulevard, alongside the Ballona Wetlands.

3. On Friday, Aug. 12, 2022, the LAPD and Bruffy's tow trucks came through the RV encampment, and towed away for impoundment at least three RVs.

4. They indicated that they would be coming back next week, to finish the sweep.

**ERIC SERIN** Sat., 08/13/22 5:02 M.

1