STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY C. FINLEY, etc., Plaintiff, vs. ERIC MICHAEL GARCETTI, et al., Defendants. | 2:21-cv-06003-DOC(KESx) REQUEST FOR RULING ON PLAINTIFFS' CLASS CERTIFICATION MOTION, DOC. 74 Hon. David O. Carter |
|---|---|

Plaintiff filed their motion for class certification, Doc. 74, on November 1, 2021, and it is fully briefed.

On Nov. 22, 2021, the court entered the following in its docket:

| 11/22/2021 | 107 | MINUTE (IN CHAMBERS): ORDER RE: SCHEDULING AND DISCOVERY by Judge David O. Carter: The Court now sets a Scheduling Conference for 1/24/2022, at 10:30 AM. The Court will set a date for the hearing on the Motion to Certify Class (Dkt. 74) at the Scheduling Conference, so the hearing currently scheduled for 11/29/2021 is VACATED. (See Minutes for further information). (jp) (Entered: 11/22/2021) |
|---|---|---|

Putative class members are suffering harm by their not being a class, and therefore, it is requested that the court rule on the motion. No oral argument is necessary, but if there is to be such argument it promptly should be set.

1

Respectfully submitted,

**YAGMAN + REICHMANN, LLP**

By: *[signature]*

**STEPHEN YAGMAN**