MICHAEL N. FEUER, City Attorney (SBN 111529)
KATHLEEN A. KENEALY, Chief Deputy City Attorney (SBN 212289)
SCOTT MARCUS, Senior Assistant City Attorney (SBN 184980)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, City Hall East, 7th Floor
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email:  Arlene.Hoang@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ALLIANCE FOR HUMAN RIGHTS, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Municipal entity, et al.,<br><br>      Defendants. | Case No. CV 20-02291 DOC (KES)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY OF LOS ANGELES' MOTION TO DISMISS PLAINTIFFS' COMPLAINT [DKT. 1] [FRCP 8, 12(b)(1) and 12(b)(6)]**<br><br>Date:  August 9, 2021<br>Time:  8:30 a.m.<br>Courtroom:  9D<br><br>**Hon. David O. Carter**<br>**United States District Judge** |

Pursuant to Rules 8, 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant City of Los Angeles ("the City") moved for an order dismissing the Complaint filed by Plaintiffs LA ALLIANCE FOR HUMAN RIGHTS, an unincorporated association, JOSEPH BURK, HARRY TASHDJIAN, KARYN PINSKY, CHARLES MALOW, CHARLES VAN SCOY, GEORGE FREM, GARY WHITTER, and LEANDRO SUAREZ, individuals, (collectively "Plaintiffs") (Dkt. 1).

The motion was heard on August 9, 2021, in the United States District Court for the Central District of California before the Honorable David O. Carter.

After having read and considered the moving, opposition and reply papers, and following oral argument by the parties, the Court finds GOOD CAUSE and GRANTS the City's Motion to Dismiss Plaintiffs' Complaint to the entirety of the Complaint and each and every claim for relief alleged against the City therein, without leave to amend.

**IT IS SO ORDERED.**

Dated: August ____, 2021

_____
HON. DAVID O. CARTER
United States District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANT CITY OF LOS ANGELES' MOTION TO DISMISS COMPLAINT