1  STEPHEN YAGMAN (SBN 69737)
   filing@yagmanlaw.net
2  YAGMAN + REICHMANN, LLP
   333 Washington Boulevard
3  Venice Beach, California 90292-5152
   (310)452-3200
4
5  Presented on behalf of Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **PEOPLE OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY C. FINLEY**, *etc*.,<br><br>Plaintiff,<br><br>v.<br><br>**ERIC MICHAEL GARCETTI**, *et al*.,<br><br>Defendants. | 2:21-cv-06003-DOC(KESx)<br><br>[Proposed]<br>**ORDER**<br><br>**ON PLAINTIFFS' *EX PARTE* APPLICATION FOR ORDER RECONSIDERING MINUTE ORDER DENYING DAMAGES CLASS CERTIFICATION BY (1) NAMING PLAINTIFF FINLEY AS A CLASS REPRESENTATIVE, AND (2) REVERSING RULING THAT A DAMAGES MODEL IS REQUIRED FOR A DAMAGES CLASS CERTIFICATION**<br><br>Judge David O. Carter |

On July 31, the court determined which plaintiffs would be class representatives and omitted plaintiff Finley and also ruled that a damages model was required for a damages class certification, and plaintiffs apply to correct those two rulings. On plaintiffs' *ex parte* application addressed to those rulings,

//

//

//

//

1

**IT IS ORDERED, ADJUDGED, AND DECREED** that:

(1) Plaintiff C. Finley is named as an additional class representative,

(2) No damages model is required for there to be a damages class certified, and,

(3) This action is certified as a damages class action.

Dated: August ___, 2024

_____
**DAVID O. CARTER**
United States District Judge

2