HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
EMERSON H. KIM, Deputy City Attorney (SBN 285142)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 978-7558
Email: gabriel.dermer@lacity.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, E. SERIN and D. JACOBS, individually and as representatives of a class,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | No. 2:21-cv-06003-DOC (KESx)<br><br>**[Discovery Document: Referred to Magistrate Judge Karen E. Scott]**<br><br>**SUPPLEMENT TO DISCOVERY STIPULATION ON ISSUE OF PLAINTIFFS DEPOSING DEFENDANT BASS** |

    Plaintiffs are again incorrect, and provide no basis in support of their position that the Mayor should be compelled to sit for a deposition in this case. The issue is not whether the Mayor spent time being watched by tens of millions of people as part of bringing the Olympics back to Los Angeles in four years, but whether there is any basis to depose Los Angeles Mayor Karen Bass in this case.

    Despite the Plaintiffs' pleas, extraordinary circumstances to depose the Mayor do not exist in this case, as she is not mentioned anywhere in the complaint outside of the

1  caption.  Thus, Plaintiffs cannot reasonably claim the Mayor has any "unique first-hand, non-repetitive knowledge of the facts at issue in the case," let alone information that cannot "be obtained from some other source that is more convenient, less burdensome, or less expensive." *Apple Inc. v. Samsung Electronics Co., Ltd.*, 282 F.R.D. 259, 263 (N.D. Cal. 2012); *cf Hunt v. Cont'l Cas. Co.*, No. 13-CV-05966-HSG, 2015 WL 1518067 (N.D. Cal. Apr. 3, 2015).

DATED:  August 12, 2024          Respectfully submitted,

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Asst. City Atty.
GABRIEL S. DERMER, Assistant City Attorney
EMERSON H. KIM, Deputy City Attorney

By:  /s/ Gabriel S. Dermer
     GABRIEL S. DERMER, Assistant City Attorney
     Attorneys for Defendants