HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
EMERSON H. KIM, Deputy City Attorney (SBN 285142)
200 North Main Street, Room 675, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 526-7336
Email: emerson.kim@lacity.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, E. SERIN, D. JACOBS, and C. FINLEY individually and as representatives of a class,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | No. 2:21-cv-06003-DOC (KESx)<br><br>**Hon. Karen E. Scott**<br>**United State Magistrate Judge**<br><br>Action filed: July 26, 2021<br><br>**DEFENDANTS' LOCAL RULE 37-2.3 SUPPLEMENTAL MEMORANDUM PURSUANT TO THE COURT'S AUGUST 13 ORDER (ECF NO. 382)**<br><br>Date: September 3, 2024<br>Time: 9:00 a.m.<br>Ctrm: 6D, Santa Ana |

DEFENDANTS' L.R. 37-2.3 SUPPLEMENTAL MEMORANDUM

Pursuant to the Court's August 13, 2024 Order (ECF No. 382) directing parties to address the question of whether the October 31, 2024 discovery cut-off date applies to Plaintiffs, Defendants submit the following supplemental memorandum in accordance with Local Rule 37-2.3.

The Court plainly stated that discovery cut-off for all parties is extended to October 31, 2024: "To allow Defendants the opportunity to file a motion to dismiss the 3894 matter and resolve what claims and defendants will move forward, the Court *will extend the discovery cut-off for discovery related to the 3894 matter* from August 30, 2024 to October 31, 2024 and *extends the motion cut-off* from December 16, 2024 to January 6, 2025." ECF No. 350 (Court's May 30, 2024 Order Granting Plaintiff's Motion to Consolidate ("May 30 Order")) at 2 (emphasis added). Regardless of the arguments raised in the underlying moving papers, the Court made no qualification that discovery cut-off would be extended only for Defendants and depositions when it issued its ruling. The Court simply stated that "*the* discovery cut-off" (not *Defendants'* discovery cut-off) would be extended "for *discovery* related to the 3894 matter" (not just *depositions* related to the 3894 matter). Defendants have not located a case where a discovery cut-off applies to one party but not the other. Such a ruling would seem to run afoul of due process.

The motive for Plaintiffs' seemingly intentional misinterpretation of the Court's May 30 Order is transparent. Rather than taking measured steps of discovery to determine whether deposing the Mayor is actually necessary, Plaintiffs appear to have created their own exigency as an excuse to seek the deposition of the City's chief executive (who, again, is not specifically mentioned in any allegation found in the operative complaint).

Regardless of which discovery cut-off date the Court finds appropriate, Defendants respectfully ask that the Court deny Plaintiffs' Motion to Compel (ECF No. 378) for all the reasons set forth by Defendants in the discovery stipulation portion of that filing (*Id.* at 11-15).

| | | |
|---|---|---|
| DATED: August 20, 2024 | | Respectfully submitted, |
| | | HYDEE FELDSTEIN SOTO, City Attorney |
| | | DENISE C. MILLS, Chief Deputy City Attorney |
| | | KATHLEEN KENEALY, Chief Assistant City Attorney |
| | | GABRIEL S. DERMER, Assistant City Attorney |
| | | EMERSON H. KIM, Deputy City Attorney |
| | By: | */s/ Emerson H. Kim* |
| | | EMERSON H. KIM, Deputy City Attorney |
| | | Attorney for Defendants |