# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN–HOUSED, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>ERIC MICHAEL GARCETTI, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21−cv−06003−DOC−KES<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __10/15/2024__

Document No.:   __391__

Title of Document:   __Transcript Designation Form__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Designation of Record on Appeal

Other:

Please e−file the document under the correct event. The event is located under Civil Events Other Filings Appeal Documents and select Designation of Record on Appeal.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: October 15, 2024        By:  /s/ *Carmen Lujan  Carmen_Lujan@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS