1  HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
2  DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
   KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
3  GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
4  EMERSON H. KIM, Deputy City Attorney (SBN 285142)
   200 North Main Street, Room 675, City Hall East
5  Los Angeles, California 90012
6  Telephone No.: (213) 526-7336
   Email: emerson.kim@lacity.org
7
8  Attorneys for Defendants
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11
12 PEOPLE OF CITY OF LOS ANGELES          No. 2:21-cv-06003-DOC (KESx)
   WHO ARE UN-HOUSED, E. SERIN, D.
13 JACOBS, and C. FINLEY individually and  **Hon. David O. Carter**
14 as representatives of a class,          **United States District Judge**
15            Plaintiffs,                  Action filed:  July 26, 2021
16      v.                                 **DEFENDANTS' NOTICE OF**
17                                         **MOTION FOR SUMMARY**
   CITY OF LOS ANGELES, et al.            **JUDGMENT**
18
19            Defendants.
20                                         Date:  December 16, 2024
                                           Time:  8:30 a.m.
21                                         Ctrm:  10A, Santa Ana
22
23
24
25 .
26
27
28

DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT

**TO THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE
ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on December 16, 2024, at 8:30 a.m., or as soon
thereafter as the matter may be heard, in Courtroom 10A of the United States District
Court, located at 411 W. 4th St., Santa Ana, CA 92701, defendants City of Los Angeles,
Monique Contreras, Brian Cook, and Derek Jacobs move for summary judgment of the
remaining claims asserted by plaintiffs David Jacobs and Eric Serin (together,
"Plaintiffs") in 2:21-cv-06003-DOC-KES, pursuant to Federal Rule of Civil Procedure
56.

Defendants move for summary judgment as to Plaintiffs' remaining claims in their
Third Amended Master Complaint (ECF No. 324), specifically their claims under the
Eighth Amendment's Cruel and Unusual Punishment and Excessive Fines clauses and
the Fourteenth Amendment's Due Process clause.  Plaintiffs have failed their burden to
prove the elements of their claims, as they have failed to conduct any discovery or
produce any evidence in support of such despite having adequate time to conduct
discovery.  Moreover, evidence form videos, photographs, documents, and declarations
establish that no actions violating Plaintiffs' constitutional rights were taken

This motion is based upon this notice, the accompanying memorandum of points
and authorities, the pleadings and papers on file in this action, and oral and documentary
evidence that may be presented at the time of any hearing on this motion.

Defendants' counsel unsuccessfully attempted to meet and confer pursuant to L.R.
7-3 on November 4, 2024.  (Declaration of Emerson H. Kim, ¶ 2.)  Defendants' counsel
left a voicemail for Plaintiffs' counsel outlining the issues and requesting a call if further
discussion was sought, but Defendants' counsel did not receive a call.  (*Id.*)

/ / /
/ / /
/ / /
/ / /

DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT

DATED:  November 18, 2024          Respectfully submitted,

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
EMERSON H. KIM, Deputy City Attorney

By:   */s/ Emerson H. Kim*
EMERSON H. KIM, Deputy City Attorney
Attorney for Defendants

DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT