UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, E. SERIN and D. JACOBS, individually and as representatives of a class,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ERIC MICHAEL GARCETTI, et al.<br><br>　　　　　　Defendants. | No. 2:21-cv-06003-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed: July 26, 2021<br><br>**[PROPOSED] ORDER** |

1  Defendants City of Los Angeles, Monique Contreras, Brian Cook, and Derek
2  Jacobs's (collectively, "Defendants'") Motion for Summary Judgment came on regularly
3  for hearing before this Court on December 16, 2024.
4  After considering the moving and opposition papers, arguments of counsel, and all
5  other matters presented to the Court, IT IS HEREBY ORDERED that Defendants'
6  motion is GRANTED.

8  IT IS SO ORDERED.

10  DATED: _____     _____
11                                     Honorable David O. Carter