HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
EMERSON H. KIM, Deputy City Attorney (SBN 285142)
200 North Main Street, Room 675, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 978-7558
Email: emerson.kimr@lacity.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, E. SERIN, D. JACOBS, and C. FINLEY individually and as representatives of a class,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | No. 2:21-cv-06003-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed: July 26, 2021<br><br>**DECLARATION OF EMERSON H. KIM IN SUPPORT OF DEFENDANTS' MOTION TO FOR SUMMARY JUDGMENT** |

**DECLARATION OF EMERSON H. KIM**

I, EMERSON H. KIM, declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts in the State of California and the United States District Court in and for the Central District of California. I am a Deputy City Attorney with the Los Angeles City Attorney's Office, one of the counsels of record for defendants City of Los Angeles, Monique Contreras, Brian Cook, and Derek Jacobs (collectively, "Defendants") in this litigation brought by plaintiffs David Jacobs and Eric Serin (collectively, "Plaintiffs"). I am personally familiar with the contents of this declaration, and if called upon to do so, I could and would testify competently thereto under oath.

2. On November 4, 2024, I attempted to meet and confer pursuant to L.R. 7-3 with Mr. Yagman by telephone. I left a voicemail outlining the issues with Plaintiffs' claims, and I requested a call back if he wanted to discuss further. I did not receive a call back from Mr. Yagman.

3. I am familiar with the files and records maintained by the City in connection with this case, including the written discovery requests made by the City and the responses served by Plaintiffs. I received Plaintiffs' responses to the City's written discovery requests pursuant to Federal Rule of Civil Procedure 33 on or about October 1, 2024. A true and correct copy of Plaintiff Jacobs's and Plaintiff Serin's responses are attached as Exhibits 1 and 2, respectively.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 15, 2024.

By: */s/ Emerson H. Kim*
    EMERSON H. KIM

1
DECLARATION OF EMERSON H. KIM