HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
EMERSON H. KIM, Deputy City Attorney (SBN 285142)
200 North Main Street, Room 675, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 526-7336
Email: emerson.kim@lacity.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, E. SERIN, D. JACOBS, and C. FINLEY individually and as representatives of a class,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | No. 2:21-cv-06003-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed: July 26, 2021<br><br>**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS**<br><br>Date: December 16, 2024<br>Time: 8:30 a.m.<br>Ctrm: 10A, Santa Ana |

Pursuant to C.D. Cal. Local Rule 56-1 and the Court's Scheduling Order & Order Re: Pretrial and Trial Procedures (ECF No. 341), defendants City of Los Angeles, Monique Contreras, Brian Cook, and Derek Jacobs (collectively, "Defendants") submits the following Statement of Uncontroverted Facts.

## STATEMENT OF UNCONTROVERTED FACTS

| No. | Undisputed Fact | Evidence |
|---|---|---|
| 1 | 13044 Pacific Promenade, Playa Vista, CA 90094, is not located within a Special Enforcement and Cleaning Zone ("SECZ"). | Declaration of Brandon Gharios ("Gharios Decl.") ¶ 11. |
| 2 | No SECZ cleanup occurred on October 21, 2021, at 13044 Pacific Promenade, Playa Vista, CA 90094. | Gharios Decl., ¶ 11. |
| 3 | Mr. Gharios regularly sees Mr. Jacobs on Main St. between Clubhouse Ave. and Westminster Ave. across the street from the Westminster Avenue Elementary School due to weekly cleanups at that location. | Gharios Decl., ¶ 4. |
| 4 | Permanent signage exists in the area stating, in relevant part, "COMPREHENSIVE STREET & SIDEWALK CLEANING Every Thursday Between 7am and 3 pm." It is accompanied by a shaded map, which includes streets. | Gharios Decl., ¶ 5, Ex. 1. |
| 5 | On October 21, 2021, Mr. Gharios arrived at the location around 7:30 a.m. and informed Mr. Jacobs that a comprehensive cleaning was about to occur and that he needed to move his belongings out of the area. | Gharios Decl., ¶ 6. |
| 6 | Mr. Gharios watched Plaintiff Jacobs, with the help of another unhoused individual, move his items from the sidewalk into the street in between two parked vehicles | Gharios Decl., ¶ 7. |
| 7 | Mr. Gharios told Mr. Jacobs multiple times that he could not place his belongings in the street and that it would be subject to the cleanup. Mr. Gharios did not receive a response from Mr. Jacobs. Mr. Jacobs continued to move his items to the street. | Gharios Decl., ¶ 7. |
| 8 | Mr. Gharios provided between 15 to 20 minutes to Mr. Jacobs before taping off the area for cleaning, and all of Mr. Jacobs's belongings were now on the street. | Gharios Decl., ¶ 8. |
| 9 | LAPD officer, Robert Garcia, began talking to Plaintiff Jacobs shortly after the cleanup commenced. Officer Garcia told Plaintiff Jacobs that the majority of the items | Declaration of Robert Garcia ("Garcia Decl."), ¶ 2; |

| No. | Undisputed Fact | Evidence |
|---|---|---|
|  | would be stored but those that pose health hazards would be discarded. | Declaration of Armand Lemoyne ("Lemoyne Decl."), ¶ 4, Ex. 1 at 8m 18s – 8m 23s |
| 10 | Officer Garcia also offered multiple times to help retrieve any medication or identification belonging to Plaintiff Jacobs.  Plaintiff Jacobs did not accept the offers. | Garcia Decl., ¶ 2; Lemoyne Decl., ¶ 4, Ex. 1 at 8m 23s – 9m 31s. |
| 11 | Mr. Gharios did not find any credit cards, cash, or forms of identification belonging to Mr. Jacobs. | Gharios Decl., ¶ 9. |
| 12 | After cleaning the area, Mr. Gharios placed a post-removal notice on a nearby lamppost. | Gharios Decl., ¶¶ 9-10, Ex. 6 at CTY_047. |
| 13 | As part of Mr. Jacobs's cleanup, Mr. Gharios prepared a cleanup report and took 38 photographs. | Gharios Decl., ¶ 10, Exs. 2-6 (CTY_002-CTY_047). |
| 14 | LAPD did not issue Mr. Jacobs a citation in connection with his October 21, 2021 cleanup. | Garcia Decl., ¶ 3. |

DATED:  November 18, 2024          Respectfully submitted,

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
EMERSON H. KIM, Deputy City Attorney

By:  */s/ Emerson H. Kim*
EMERSON H. KIM, Deputy City Attorney
Attorney for Defendants

2
DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS