HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
EMERSON H. KIM, Deputy City Attorney (SBN 285142)
200 North Main Street, Room 675, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 978-7558
Email: emerson.kim@lacity.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, E. SERIN, D. JACOBS, and C. FINLEY individually and as representatives of a class,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | No. 2:21-cv-06003-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed: July 26, 2021<br><br>**DECLARATION OF ARMAND LEMOYNE** |

## **DECLARATION OF ARMAND LEMOYNE**

I, ARMAND LEMOYNE, declare as follows:

1. I am currently employed by the City of Los Angeles Police Department ("LAPD"). My rank is Sergeant. I oversee the LAPD Innovation Management Division's Tactical Technology Section. I am personally familiar with the contents of this declaration, and if called upon to do so, I could and would testify competently thereto under oath.

2. The Tactical Technology Section is responsible for maintaining all body-worn videos ("BWVs") recorded by LAPD officers.

3. BWVs are recorded via a camera system that mounts to officers' uniform. A specific camera is assigned to a specific officer prior to use in the field. While in the field, the officer records events via a push-button system on the device. Upon returning from the field, the device is placed on a docking station with an active connection to the internet. BWVs are then automatically uploaded to and maintained on the cloud, specifically evidence.com.

4. The video attached as Exhibit 1 is a true and correct copy a BWV taken on October 21, 2021, by Senior Lead Officer Monique Contreras, which I accessed via evidence.com on November 12, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 14, 2024.

By: _____
ARMAND LEMOYNE