# EXHIBIT 1
# (VIDEO FILE LODGED)