1  HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
2  DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
3  KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
   GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
4  EMERSON H. KIM, Deputy City Attorney (SBN 285142)
   200 North Main Street, Room 675, City Hall East
5  Los Angeles, California 90012
6  Telephone No.: (213) 978-7558
   Email: emerson.kim@lacity.org
7
   Attorneys for Defendants
8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11
12 PEOPLE OF CITY OF LOS ANGELES      No. 2:21-cv-06003-DOC (KESx)
   WHO ARE UN-HOUSED, E. SERIN, D.
13 JACOBS, and C. FINLEY individually and  **Hon. David O. Carter**
14 as representatives of a class,      **United States District Judge**

15              Plaintiffs,            Action filed: July 26, 2021
16       v.                            **DECLARATION OF OFFICER
17                                     ROBERT GARCIA**
   CITY OF LOS ANGELES, et al.
18              Defendants.
19
20
21
22
23
24
25
26
27
28

# DECLARATION OF ROBERT GARCIA

I, ROBERT GARCIA, declare as follows:

1. I am currently employed by the City of Los Angeles Police Department ("LAPD"). My rank is Officer III. I am currently assigned to the Pacific Division of the LAPD. I am personally familiar with the contents of this declaration, and if called upon to do so, I could and would testify competently thereto under oath.

2. I have reviewed the October 21, 2021 body-worn video depicting my interaction with Plaintiff David Jacobs during his cleanup, which is identified in Sgt. Lemoyne's declaration. It accurately reflects my interaction with Mr. Jacobs.

3. Mr. Jacobs was not issued a citation in connection with his October 21, 2021 cleanup.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 13, 2024.

By: _____
ROBERT GARCIA

1
DECLARATION OF OFFICER ROBERT GARCIA