HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
EMERSON H. KIM, Deputy City Attorney (SBN 285142)
200 North Main Street, Room 675, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 978-7558
Email: emerson.kim@lacity.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, E. SERIN, D. JACOBS, and C. FINLEY individually and as representatives of a class,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | No. 2:21-cv-06003-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed: July 26, 2021<br><br>**DECLARATION OF BRANDON GHARIOS** |

DECLARATION OF BRANDON GHARIOS

# DECLARATION OF BRANDON GHARIOS

I, BRANDON GHARIOS, declare as follows:

1. I work for the City of Los Angeles (the "City") and am a Senior Environmental Compliance Inspector for the City's Department of Public Works, Bureau of Sanitation ("LASAN"). I have personal knowledge of the facts contained herein, and if called to testify to the truth of these matters, I could and would competently do so.

2. I have worked for the City in LASAN for 5 years. I started in 2019 as an Environmental Compliance Inspector ("ECI") and was promoted to various levels of seniority before becoming a Senior ECI. My responsibilities include management and oversight of LASAN staff supporting the City's cleanup operations of homeless encampments.

3. The City conducts cleanup operations of homeless encampments pursuant to two ordinances: Los Angeles Municipal Code ("LAMC") sections 41.18 and 56.11. LASAN is responsible for enforcement of LAMC section 56.11 in clearing personal property from public areas and provides assistance to the Los Angeles Police Department ("LAPD") in enforcing LAMC section 41.18. I have personally overseen cleanups pursuant to both LAMC sections 56.11 and 41.18.

4. I was the lead ECI for the October 21, 2021 cleanup on Main St., between Clubhouse Ave. and Westminster Ave., across the street from the Westminster Avenue Elementary School. This area is located within a Special Enforcement and Cleaning Zone ("SECZ") due to its proximity to the Sunset/Venice A Bridge Home homeless shelter. I am familiar with the plaintiff, David Jacobs. I have regularly seen Mr. Jacobs at that location, as LASAN conducts cleanups every week.

5. This location has several permanent signs identifying it as a SECZ. Exhibit 1 (CTY_048-CTY_051) consists of true and correct copies of photographs of such signage, including one on Main St. adjacent to the Westminster Avenue Elementary School (CTY_051).

6. Around 7:30 a.m., I arrived at Mr. Jacobs's encampment. I saw Mr. Jacobs

with his belongings on the sidewalk adjacent to the Westminster Dog Park, which is across the street from the elementary school. I informed Mr. Jacobs that a comprehensive cleaning would be occurring and that he would need to pack his belongings and leave the area.

7. I then observed Mr. Jacobs, with the help of another unhoused individual, begin to move his belongings from the sidewalk to the street, placing them between two parked cars. I stated multiple times that he could not place his belongings in the street and that it would be subject to the cleanup. I did not receive a response. I observed him continue to move his items to the street.

8. Approximately 15 to 20 minutes later, I taped off the area so that the cleanup could begin. I saw all of Mr. Jacobs's belongings placed on the street.

9. I did not find any credit cards, cash, or forms of identification among his items. After cleaning the area, I placed a post-removal notice on a nearby lamppost.

10. As part of Mr. Jacobs's cleanup, I prepared a cleanup report and took 38 photographs. Exhibits 2 through 6 (CTY_002-CTY_047) are true and correct copies of the cleanup report and photographs.

11. The address 13044 Pacific Promenade, Playa Vista, CA 90094, is not located within a SECZ. I am unaware of any SECZ cleanings occurring at that location on October 21, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on 11/13/2024.

By: *[signature]*

BRANDON GHARIOS

3
DECLARATION OF BRANDON GHARIOS