# EXHIBIT 1





CTY_049





CTY_051