# EXHIBIT 2

## CD 11 Venice ABH Comprehensive Cleanup Summary 10.21.2021

On Thursday, October 21, 2021 an LASAN crew consisting of (2) RCTO's, (3) ML's, and (2) ECI's performed full comprehensive cleanup operations in the Venice ABH zone at locations chosen by CD11 representatives. The Lead ECI for the operation was Brandon Gharios. Additional resources present at this operation were Clean Harbors Environmental Technicians, LAPD, and LAHSA. Three locations within the ABH zone were chosen for enforcement; Main Street between Clubhouse Ave. and Westminster, Hampton Drive between Marine Street and Rose Ave, and Rose Ave between 3rd and 4th Ave.

Two encampments were found on Main Street, one was processed, the other unhoused individual complied with the 60-gallon limit and exited the area with all of his belongings. One 60-gallon bag of property was stored from the encampment processed. The amnesty canopy was not installed at this location due to the unhoused individuals exiting out of the area.

Three encampments and 3 individuals with their encampments on mobile transport; i.e. wagon, standup cart, bike with attached trailer etc. were found at Hampton Drive. All of the individuals encountered within this area were elderly and a reasonable accommodation was made in order to give them time to pack their 60-gallon worth of belongings. All encampments and personal property were removed except for one by the unhoused individuals. The last remaining encampment was processed and discarded. The amnesty canopy was not installed at this location due to the unhoused individuals exiting out of the area.

Five encampments were found at Rose Ave, between 3rd and 4th Ave. Contact with the individuals was made by the ECI's upon arrival at the location. The unhoused residents were very agitated and contested there wasn't a posted notice of cleaning. The ECI's explained how this area has permanent posted signage and paper postings were not required due to the permanent signage. The unhoused individual requested to speak with a supervisor from LAPD, the LAPD supervisor relayed the same message as the ECI's to the individuals. LAHSA also attempted to deescalate the situation. Due to LAPD's desire to not use force in exiting the unhoused individuals out of the area, copious amount of time was given to the individuals to remove their property from the area. Once the ECI's were able to begin processing the encampments in the area only three remained. Two 60-gallon bags and one large blue tote of personal property were stored from this location. The amnesty canopy was installed on the sidewalk off of Rose and 4th street.

Hazards removed from the PRW at all locations included, (30lbs) of feces, (10lbs) of aerosols, and (25lbs) of oil and absorbent. 1.77 tons of solid waste was removed from the PRW at all locations.

Below are operations photos from the CD11 Venice ABH Comprehensive Cleanup;

**Main Street between Clubhouse Ave and Westminster**









**Hampton Drive between Marine Street and Rose Ave.**











CTY_005





**Rose Ave between 3rd and 4th Ave.**









CTY_007







CTY_008



CTY_009