# EXHIBIT 3



CTY_010



CTY_011



CTY_012



CTY_013



CTY_014





CTY_016







CTY_019