# EXHIBIT 4

CTY_020



CTY_021

CTY_022





CTY_024

CTY_025



CTY_026



CTY_027



CTY_028



CTY_029