# EXHIBIT 5

CTY_030



CTY_031

CTY_032





CTY_034





CTY_036



CTY_037





CTY_039