# EXHIBIT 6



CTY_040



CTY_041



CTY_042



CTY_043



CTY_044



CTY_045



CTY_046

