Gabriel S. Dermer (SBN: 229424)
Emerson H. Kim (SBN: 285142)
Los Angeles City Attorney's Office
200 N. Main St., Rm 675, City Hall East
Los Angeles, CA 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| PEOPLE OF THE CITY OF LOS ANGELES WHO ARE UN-HOUSED, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CASE NO. 2:21-CV-06003-DOC-KES |
| v. | |
| CITY OF LOS ANGELES, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Exhibit A to the Declaration of Armand Lemoyne (video).

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 18, 2020
Date

Emerson H. Kim
Attorney Name

Defendants
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)        NOTICE OF MANUAL FILING OR LODGING