1  STEPHEN YAGMAN (SBN 69737)
   filing@yagmanlaw.net\
2  (for court filings only)
   YAGMAN + REICHMANN, LLP
3  333 Washington Boulevard
   Venice Beach, California 90292-5152
4  (310)452-3200

5  Presented on behalf of Plaintiffs

8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10                  WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY C. FINLEY, *etc.*,<br><br>Plaintiff,<br><br>v.<br><br>ERIC MICHAEL GARCETTI, *et al.*,<br><br>Defendants. | 2:21-cv-06003-DOC(KESx)<br>(and all consolidated actions)<br><br>**DECLARATION OF PLAINTIFF ERIC SERIN, IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' SUMMARY JUDGMENT MOTION, AND IN OPPOSTION TO DEFENDANTS' SUMMARY JUDGMENT MOTION**<br><br>December 16, 2024<br>8:30 a.m.<br>Courtroom 10A<br><br>Judge David O. Carter |

1

# DECLARATION OF ERIC SERIN

I, ERIC SERIN, declare the following to be true under the penalty of perjury at Los Angeles, California, pursuant to 28 U.S.C. § 1746, on the date set forth below my signature hereinbelow.

I am a plaintiff in this action.

I have lived on the streets of Los Angeles, mostly in tents on the sidewalks, sometimes in Playa Vista (just south of Marina del Rey, on Jefferson Boulevard, which is just south of Venice Beach), alongside the former Jefferson Boulevard un-housed, vehicle dwellers encampment, and my personal belongings were stolen from me by City of Los Angeles and City of Los Angeles Sanitation workers, and enforced by LAPD officers, and I would have needed to have traveled 34.44 miles round trip to get back the property stolen from me.

This was done pursuant to the City's policy and custom, apparently pursuant to The Zones ordinance, authorized under Los Angeles Municipal Code § 56.11(c), which prohibits personal property obstructing City operations (including sidewalk cleaning), and § 56.11(g), which prohibits personal property in public areas that constitutes a health or safety threat.

When all of my property, including the tent in which I lived, my clothing, and -- very importantly, all of my mechanics tools that I used to make money, were taken, they immediately were put in a garbage truck, whose machinery compacted them and destroyed them. The people who did that didn't care about either me or my property, which I never got back.

The City's protocols, as I understood those protocols at that time,

//
//
//
//

1

require that the City provide notice 24 hours before any cleaning that all property must be removed, and that if any property is not cleared off the sidewalk when City workers arrive, unhoused individuals have 15 minutes to move their belongings, or the belongings will be confiscated. All confiscated property that unhoused persons cannot pack within 15 minutes, including tents and identification, are taken to The Bin, a facility in the Skid Row area in downtown Los Angeles. The Bin is 17.4 miles from my residence, meaning that I would need to make a round-trip journey of almost 35 miles, across multiple City districts and neighborhoods, to retrieve my stolen belongings.

    The Bin, the storage facility where the City brings unhoused people's belongings that it impounds and steals, is located far from many of the locations where the City carries out its "cleanings." Only 17% of people ever claim their belongings. As such, the City is aware that more than four-fifths, 83%, of the belongings it confiscates, never are picked up by their owners and ultimately are destroyed, after the 90-day waiting period. The City had four additional storage areas, located throughout the City, but the Zone Protocols send confiscated belongings solely to The Bin. By virtue of these allegations, I contend that defendants violated all my Fourth Amendment rights, and by virtue thereof, are liable to me for both injunctive relief and in damages. The distance from 13044 Pacific Promenade in Playa Vista, just across Lincoln Boulevard from a place where I resided was 17.22 miles from where I resided, I had no ability whatever to travel to, and then 17.22 miles back, for a total of 34.44 miles, which means I was unable to get back any of my belongings, whose theft from me, LAPD officers supervised and enforced.

                      *[signature]*
                    **ERIC SERIN 12/03/24**