STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net\
(for court filings only)
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Presented on behalf of Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY C. FINLEY, *etc.*,<br><br>Plaintiff,<br><br>v.<br><br>ERIC MICHAEL GARCETTI, *et al.*,<br><br>Defendants. | 2:21-cv-06003-DOC(KESx)<br><br>**PLAINTIFFS' THIRD SUPPLEMENTAL MEMORANDUM, PROVIDING EXECUTED DECLARATION OF PLAINTIFF DAVID JACOBS IN OPPOSITION TO SUMMARY JUDGMENT MOTION**<br><br>Submitted on:<br>December 16, 2024<br>8:30 a.m.<br>Courtroom 10A<br><br>Judge David O. Carter |

Respectfully submitted,

YAGMAN + REICHMANN, LLP

By: /s/ Stephen Yagman
**STEPHEN YAGMAN**

1

## MEMORANDUM OF POINTS AND AUTHORITIES

On Dec. 23, 2024 plaintiffs' counsel located plaintiff David Jacobs, who signed the declaration submitted unsigned by him on Nov. 25, 2024, Doc. 397, at 17, and it is attached hereto.

```
                              Respectfully submitted,
                         YAGMAN + REICHMANN, LLP

                         By: /s/ Stephen Yagman
                              STEPHEN YAGMAN
```

# DECLARATION OF DAVID JACOBS

I, DAVID JACOBS, declare the following to be true under the penalty of perjury at Venice Beach, California, pursuant to 28 U.S.C. § 1746, on September 9, 2024.

1. I have been the plaintiff in this *Finley v. Garcetti* action, since Nov. 2, 2022.

2. Until her RV was taken away by the City of Los Angeles, I lived on the sidewalk across the street from my friend, Chrystal Finley and her husband, on the corner of Main Street and Westminster Street, in Venice Beach, where I have lived for about five years and where I still live.

3. Since the summer of 2021, I saw Stephen Yagman regularly visit Ms. Finley, his client in case 2:21-cv-06003-DOC(KESx), and I would come across the street when I saw him, to visit with him and her.

4. I got to know that Mr. Yagman provided legal services to homeless people in the Venice Beach neighborhood, and frequently I would speak with him.

5. By November 2022, my tent and all of my belongings frequently had been confiscated by the LAPD, including defendant Monique Contreras, and sanitation workers, and I asked Mr. Yagman if he would help me with that, and he agreed to file a lawsuit. (Mr. Yagman's partner, Marion Yagman, at that time, replaced my tent.) Most recently, officer Contreras accosted me and confiscated all of my belongings on Sept. 2, 2024, and that incident is the subject of a new lawsuit by me against her and others, that is pending before Judge Andre Birotte. *Jacobs v. Bass*, 2:24-cv-09320-AB. From November 22, 2022 to the present date, my tent and all of my belongings were confiscated by officer Contreras and others at least eight times.

//

//

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
DAVID JACOBS          DEC 23 2024