# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: <u>LA CV 21-06003-DOC-(KESx)</u>   Date: <u>February 3, 2025</u>

Title: <u>People of City of Los Angeles Who Are Un-Housed v. Eric Michael Garcetti, et al.</u>

---

PRESENT: <u>THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE</u>

| Karlen Dubon | Debbie Hino-Spaan / Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Stephen Yagman | Emerson Kim |

---

**PROCEEDINGS:**   **MOTION FOR SUMMARY JUDMENT [394]**

The case is called. The Court hears oral arguments.

Additional briefing of no more than 25 pages is due no later than February 15, 2025 at 5:00 p.m.

The Motion for Summary Judgment [394] is taken under submission.

The Court orders the transcript of the hearing held February 3, 2025 be immediately produced at the government's expense and billed at the weekly rate.

The transcript shall be prepared and filed on the docket with immediate release to the public.

1 : 29

Initials of Deputy Clerk: kdu

cc:  CourtRecording_CACD@cacd.uscourts.gov
Transcripts_CACD@cacd.uscourts.gov
Reporters_CACD@cacd.uscourts.gov
debbie_hino-spaan@cacd.uscourts.gov