HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
EMERSON H. KIM, Deputy City Attorney (SBN 285142)
200 North Main Street, Room 675, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 526-7336
Email: emerson.kim@lacity.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, E. SERIN, D. JACOBS, and C. FINLEY individually and as representatives of a class,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | No. 2:21-cv-06003-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed: July 26, 2021<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' SECOND SUPPLEMENTAL RESPONSE**<br><br>Trial: March 18, 2025 |

.

DEFENDANTS' RESPONSE TO PLAINTIFFS' SECOND SUPPLEMENTAL RESPONSE

Pursuant to the Court's Order (ECF No. 407) and Plaintiffs' Second Supplemental Response to Defendants' Summary Judgment Motion (ECF No. 414), Defendants submit their response.

*<u>Defense Counsel Filed Their Additional Briefing Consistent with the Court's Order.</u>*

Plaintiffs' counsel baselessly accuses defense counsel of violating the Court's order (ECF No. 407). Defense counsel prepared and filed their additional briefing (ECF No. 413) *without* reviewing Plaintiffs' briefing. Plaintiffs' counsel chose to file their brief a day early (and late in the evening) without first informing Defense counsel. Had Plaintiffs' counsel wanted the parties to coordinate their filings, he could have contacted defense counsel, and defense counsel would have happily obliged. Absent such efforts, defense counsel followed the Court's order that "[a]dditional briefing of no more than 25 pages is due no later than February 15, 2025 at 5:00 p.m.," which is what occurred here.

The Court should strike Plaintiffs' Second Supplemental Response (ECF No. 414) in its entirety for violating the Court's order by attempting to rebut the other side's simultaneous brief, which is exactly what Plaintiffs' counsel demands as relief for engaging in such conduct.

DATED: February 15, 2025          Respectfully submitted,

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
EMERSON H. KIM, Deputy City Attorney

By: */s/ Emerson H. Kim*
EMERSON H. KIM, Deputy City Attorney
Attorney for Defendants

1
DEFENDANTS' RESPONSE TO PLAINTIFFS' SECOND SUPPLEMENTAL RESPONSE