HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER Assistant City Attorney (SBN 229424)
EMERSON H. KIM, Deputy City Attorney (SBN 285142)
200 North Main Street, Room 675, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 526-7336
Email: emerson.kim@lacity.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, E. SERIN, D. JACOBS, and C. FINLEY individually and as representatives of a class,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | No. 2:21-cv-06003-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed: July 26, 2021<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' THIRD SUPPLEMENTAL RESPONSE**<br><br>Trial: March 18, 2025 |

.

Defendants submit their response Plaintiffs' Third Supplemental Response to Defendants' Summary Judgment Motion (ECF No. 417).

*Plaintiffs' Counsel Continues to Abuse the Court's Order (ECF No. 407) by Submitting Further, Meritless Briefing.*

Plaintiffs' counsel continues to submit blatantly misleading briefs, abusing the Court's Order in the process. Plaintiffs' counsel points to a paragraph in defense counsel's additional briefing (ECF No. 413) which analyzes Plaintiff Serin's declaration (ECF No. 399) and Plaintiff Jacobs's declaration (ECF No. 403). But both declarations have been available for *months*, as they were filed in December 2024.

The Court should strike Plaintiffs' second and third supplemental responses (ECF Nos. 414, 417) for violating the Court's order (twice) by attempting to rebut the other side's simultaneous brief and also submitting further briefing after the February 15 cut-off date.

Defense counsel will no longer entertain Plaintiffs' counsel's frivolous accusations or engage in his unpermitted fillings.

DATED: February 16, 2025          Respectfully submitted,

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
EMERSON H. KIM, Deputy City Attorney

By: */s/ Emerson H. Kim*
EMERSON H. KIM, Deputy City Attorney
Attorney for Defendants

1
DEFENDANTS' RESPONSE TO PLAINTIFFS' THIRD SUPPLEMENTAL RESPONSE