# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, E. SERIN and D. JACOBS, individually and as representatives of a class,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ERIC MICHAEL GARCETTI, et al.<br><br>　　　　　Defendants. | No. 2:21-cv-06003-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed: July 26, 2021<br><br>**[PROPOSED] JUDGMENT** |

1  This action came on for hearing before the Court on February 3, 2025, for
2  Defendants' Motion for Summary Judgment.  After considering the moving and
3  opposition papers, arguments of counsel, and all other matters presented to the Court,
4  and a decision having been duly rendered (ECF No. 421), IT IS HEREBY ORDERED
5  AND ADJUDGED that Plaintiffs take nothing and that the action be dismissed on the
6  merits.

8  DATED: _____             _____
9                                              Honorable David O. Carter