UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, E. SERIN and D. JACOBS, individually and as representatives of a class,<br><br>          Plaintiffs,<br><br>  v.<br><br>ERIC MICHAEL GARCETTI, et al.<br><br>          Defendants. | No. 2:21-cv-06003-DOC (KESx)<br><br>**Hon. David O. Carter**<br>**United States District Judge**<br><br>Action filed: July 26, 2021<br><br>**JUDGMENT [422]** |

//
//
//
//

1  This action came on for hearing before the Court on February 3, 2025, for
2  Defendants' Motion for Summary Judgment. After considering the moving and
3  opposition papers, arguments of counsel, and all other matters presented to the Court,
4  and a decision having been duly rendered on February 26, 2025, (ECF No. 421),
5  judgment is entered in favor of Defendants on each of Plaintiffs' claims pursuant to
6  Federal Rule of Civil Procedure 58(a).

*David O. Carter*

Honorable David O. Carter

DATED: April 7, 2025