|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 25 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED; et al.,

　　　　Plaintiffs - Appellees,

　v.

CITY OF LOS ANGELES; et al.,

　　　　Defendants - Appellants.

No. 24-5745

D.C. No. 2:21-cv-06003-DOC-KES
Central District of California, Los Angeles

ORDER

　　The unopposed motion to dismiss the appeal without prejudice (Docket Entry No. 16) is granted. The appeal is dismissed without prejudice to reinstatement in the event district court vacates, reverses, or otherwise sets aside the underlying judgment.

　　Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of the district court's order vacating, reversing, or setting aside the judgment. If no notice of reinstatement is filed and served, the appeal will be deemed dismissed with prejudice.

　　A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　By: Paula Raffaelli
　　　　　　　　　　　　　　　　Circuit Mediator