Name: Adrian Damico Moon
Address: 926 La Canada Verdugo Rd
City, State, Zip: Altadena CA 91001
Phone: (771) 215-8153
Fax:
E-Mail: admoon172@gmail.com

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

FILED
2026 FEB 11  AM 11:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: CA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ADRIAN DAMICO MOON
Appellant / PLAINTIFF(S),
v.
DAVID ORMON CARTER, KAREN Ruth Bass, KATHRYN ANN BARGER, GEBRICH, CITY AND COUNTY LOS ANGELES
Appellees DEFENDANT(S).

CASE NUMBER: 2:20-cv-02291-DOC

NOTICE OF APPEAL WITH STAY Pursuant to Fed R. App. P. 8 and Federal R. Civ. P. 62 et seq.

NOTICE IS HEREBY GIVEN that __Adrian Damico Moon__ hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**
☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**
☒ Order (specify): Doc. 1153, 1155, 1156, 1157, 1158, 1159
☐ Judgment (specify):

☒ Other (specify): Lead Identical Related Case No. 22-55933 Filed pursuant to pre-filing review order entered in docket No. 14-80006.

Imposed or Filed on 2-10-26, 2-11, 12, 2026. Entered on the docket in this action on 2-10-26, 2-11, 12, 2026

A copy of said judgment or order is attached hereto.

February 11, 2026
Date

Signature
☒ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| LA Alliance for Human Rights<br><br>v.<br><br>City of Los Angeles, et al<br><br>PLAINTIFF(S)<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:20-cv-02291-DOC-KES<br><br>NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT |
|---|---|

On 2/9/2026 _____, the Court received the attached
 ☐ Complaint ☐ Petition ☐ Notice of Removal, captioned _____
 ☒ other document(s), entitled Ex Parte Application Emergency Motion -, Motion for Leave - and (2) Proposed Orders
from Adrian D. Moon _____, who was found by the Court on _____
in case number 2:20-cv-02291-DOC-KES to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:
 ☒ A court order or written authorization from a judge must be obtained prior to the filing of document(s).
 ☐ Submission of document(s) for filing requires a Motion for Leave to File.
 ☐ Document(s) must be pre-screened by the Court before filing.
 ☐ Filing fee must be paid.
 ☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.
 ☐ Bond in the amount of $_____ must be posted in order to proceed.
 ☐ Other :

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the
☐ assigned magistrate judge ☐ assigned district judge ☐ Chief Judge for review.

---

☐ IT IS HEREBY ORDERED that the document(s) presented:
 ☐ be filed in the above-captioned case.
 ☐ be filed in case number _____.
 ☐ be filed as a new case.
or
☐ IT IS RECOMMENDED that the document(s) presented not be filed. The Clerk is directed to forward this recommendation to the appropriate district judge for review.

_____  _____
Date  United States Magistrate Judge

---

IT IS HEREBY ORDERED that the document(s) presented
 ☑ not be filed.
 ☐ be filed in the above-captioned case.
 ☐ be filed in case number _____.
 ☐ be filed as a new case.

February 10, 2026  /s/ David O. Carter
Date  United States District Judge

CV-115 (04/2018)  NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT

Name: Adrian Moon
Address: 926 LA CANDA. Verdugo
Rd, Altadena CA 91001
Phone: (771) 215-8153
Fax:

In Pro Per

2026 FEB -9 AM 10:45

[COURT STAMP: U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY___]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LA Alliance et al

Plaintiff

v.

City and County of
Los Angeles et al

Defendant(s).

CASE NUMBER: 2:20-cv-02291-DOC

Motion for LEAVE OF court to file Ex Parte Application (Proposed) ORDER Motion for Orders and (Proposed) ORDER.

(Enter document title in the space provided above)

DECLARATION OF ADRIAN D. MOON
MEMORANDUM OF POINTS AND AUTHORITIES

I, Adrian Jamica Moon, proclaim and decree as follows,

1. Pursuant to voidable order dated September 29, 2022 'daredeemer' needs to demand permission for filing documents see attached motion A (3) pages incorporated by this reference.

2. Attached is Ex Parte Application and order, Motion for orders and order (4) Documents

3. 'daredeemer' is not filing these pleadings as an attack, but affirming Defendants criminal activity 'daredeemer' certify by this affidavit under the penalty of perjury that the foregoing is true and correct

Dated: February 9, 2026    [signature]

King Adrian D" daredeemer" Moon
Attorney IN Pro Se

Page Number 1

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Motion A (4) pages

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:20-cv-02291-DOC-KES                           Date: September 29, 2022

Title: LA ALLIANCE FOR HUMAN RIGHTS et al. v. CITY OF LOS ANGELES et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):   ORDER DENYING REQUESTS TO INTERVENE [444, 446, 448, 461] AND MOTION TO RECONSIDER [469], AND ORDERING PRE-FILING RESTRICTIONS

Before the Court is *pro se* litigant Adrian D. Moon's repeated motions to intervene in the instant case, (Dkts. 444, 446, 448, 461), and his Emergency Motion for Reconsideration of Recusal Motion ("Motion for Reconsideration") (Dkt. 474). The Court concludes that Mr. Moon has not met the standards for either intervention as of right or permissive intervention under Federal Rule of Civil Procedure 24.

The Court thus **DENIES** Mr. Moon's requests to intervene. Accordingly, all other motions filed by Mr. Moon, including the Motion for Reconsideration, are **DENIED** as moot. Additionally, for reasons set forth below, the Court **ORDERS** pre-filing review of any filing action Mr. Moon attempts to take in this action.

District courts have the inherent power to file restrictive pre-filing orders against vexatious litigants. *Weissman v. Quail Lodge Inc.*, 179 F.3d 1194, 1197 (9th Cir. 1999). Such pre-filing orders may enjoin the litigant from filing further actions or papers unless he or she first meets certain requirements, such as obtaining leave of the court or filing declarations that support the merits of the case. *See e.g., O'Loughlin v. Doe*, 920 F.2d

*Motion A (3 pages)* [handwritten annotation]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES　　　　　　　　　　　　Date: September 29, 2022
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

614, 616 (9th Cir.1990) (requiring *pro se* inmate deemed vexatious litigant to show good cause before being permitted to file future actions); *De Long v. Hennessey*, 912 F.2d 1144, 1146–47 (9th Cir. 1990) (prohibiting filings of *pro se* litigant proceeding in forma pauperis without leave of the district court); *Moy v. United States*, 906 F.2d 467, 469 (9th Cir.1990) (forbidding *pro se* plaintiff from filing further complaints without prior approval of district court).

Although the Ninth Circuit has cautioned that pre-filing orders are an extreme remedy rarely to be used, it has made clear that "[f]lagrant abuse of the judicial process cannot be tolerated because it enables one person to preempt the use of judicial time that properly could be used to consider the meritorious claims of other litigants." *De Long*, 912 F.2d at 1147–48. In light of that directive, district courts examine four factors before entering pre-filing orders. First, the litigant must be given notice and a chance to be heard before the order is entered. *Id.* at 1147. Second, the court must compile "an adequate record for review." *Id.* at 1147–48 ("At the least, the record needs to show, in some manner, that the litigant's activities were numerous or abusive."). Third, the district court must make substantive findings about the frivolous or harassing nature of the plaintiff's litigation. *Id.* Finally, the vexatious litigant order "must be narrowly tailored to closely fit the specific vice encountered." *Id.*; *see also Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1057 (9th Cir. 2007) (discussing *DeLong* factors).

This Court finds Mr. Moon a vexatious litigant. In his seven extensive filings over the last three months, Mr. Moon identifies himself as the "chosen one" and "begotten son of the Almighty," and requests this Court to grant "daredeemer's motion for order to the Los Angeles Probation Department to produce Adrian D. Moon's (AB109) probation file." *See* Motion for Reconsideration, at 18. Beyond being outside the scope of this action, Mr. Moon's requests are also outside the scope of this Court's jurisdiction.

Mr. Moon's filing history in this district further lends support to this Court's conclusion. In one dismissed action, the Magistrate Judge explained that Mr. Moon "purports to assert claims under the Supremacy Clause, names Satan as a defendant, and names several individuals who are immune from suit including V.P. Kamala Harris [and] Gov. Newsom." *See Whetstone v. Moon*, No. 2:21-cv-05983-SVW-KS (C.D. Cal. Aug. 6, 2021) (Dkt. 6) (denying Mr. Moon's *in forma pauperis* application for "being [l]egally and/or factually patently frivolous").

In the present case, Mr. Moon makes similar claims and enough unsolicited filings to provide justification for this Court to require pre-filing review. *See Molski*, 500 F.3d at 1065 (9th Cir. 2007) (approving pre-filing order where it "will not stand in the way of advocacy for legitimate claims" and help avoid the use of litigation as "a device to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. LA CV 20-02291-DOC-KES                    Date: September 29, 2022
                                                                    Page 3

encourage . . . unwarranted or exaggerated claims"); *see also Procup v. Strickland,* 792 F.2d 1069, 1073 (11th Cir. 1986) ("Federal courts have both the inherent power and the constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article III functions.").

Accordingly, for any future filings in this action, Adrian D. Moon shall first obtain leave of the Court and:

a. shall not exceed three pages,

b. shall attach the proposed filing,

c. shall explain why the proposed filing is not frivolous,

d. shall explain why the proposed filing is not an attack on any previous order entered in this case, and

e. shall certify, by affidavit and under the penalty of perjury, that the proposed filing raises a new issue that has not already been rejected by the Court.

Failure to comply with any of the above requirements will result in the striking of that filing without further notice. Mr. Moon is forewarned that if he abuses these restricted filing privileges, the Court will take further injunctive action. [handwritten: Vicious, evil, heinous Hamas Domestic Terrorism! Lol]

The Clerk shall serve this minute order on the parties.

                                                    Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN_daq

[signature]

2-9-2026

King Adrian "daredeemer" Moon
Attorney IN Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No: LA CV 20-02291-DOC(KESx)     Date: February 10, 2026

Case Title: LA Alliance for Human Rights, et al v. City of Los Angeles, et al.

---

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Elizabeth Mitchell | **City of Los Angeles:** |
| Matthew Umhofer | Brad Hamburger, Theane Evangelis, Poonam Kumar, Marcellus McRae |
| **Intervenor:** Shayla Myers | **Los Angeles County:** |
| | Mira Hashmall, Lauren Brody |

PROCEEDINGS:   **EVIDENTIARY HEARING FOR ORDER TO SHOW CAUSE RE CONTEMPT CITY OF LOS ANGELES [1066]** *(Held at Los Angeles First Street)*

Also present, Special Master Michele Martinez and Justice Tom Goethals.

The Court hears witness testimony.

The Court orders the transcript for these proceedings be produced forthwith at the Government's expense, billed at the daily rate. The Court orders the transcript be made available on the public docket immediately.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: https://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

Th hearing is continued to February 18, 2026 at 9:00 AM.

3 : 19

Initials of Deputy Clerk: kdu

cc:   CourtRecording_CACD@cacd.uscourts.gov
Transcripts_CACD@cacd.uscourts.gov
Reporter_CACD@cacd.uscourts.gov