Name/Address of Attorney or Pro Per
AORJAN DAMICO MOON
926 LA CANADA VERDUGO Road
Altadena CA 91001
Telephone (771) 215-8153

☐ FPD  ☒ Apptd  ☐ CJA  ☒ Pro Per

FILED
2026 FEB 11 AM 11:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
GSA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AORJAN DAMICO MOON
Appellant / PLAINTIFF(S),
v.
DAVID ORMON CARTER ET. AL.
Appellee  DEFENDANT(S).

CASE NUMBER: 2:20-CV-02291-

Motion and Affidavit for Leave to Appeal In Forma Pauperis:
☒ 28 U.S.C. 753(f)
☒ 28 U.S.C. 1915

GOVT EXEMPT § 6103

The undersigned AORJAN DAMICO MOON, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:
   a. Motions for Congressional Hearing to Recuse ALL Judicial officers in U.S. Central District Court, 28 U.S.C. 144 Ca] et. seq.
   b. Assignment of criminal Case No. for contempt hearings
   c. Motion to be added as first filed Plaintiff, Plaintiff-Defendant Intervenor, Amicus Curie participant Fed R 24, 19, ET. SEQ

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true. SNAP Recipient

   a. Are you presently employed? ☐ Yes ☒ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. _____

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? ☐ Yes ☒ No. If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.
   N/A                    N/A

c. Are you presently employed in prison? ☐ Yes ☒ No.

If yes, state the number of hours you work per week and the hourly rate of pay.

_____

d. Do you own any cash or do you have money in a checking or savings account? ☐ Yes ☒ No.

If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. _____

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? N/A

_____

f. In what year did you last file an income tax return? 2010

_____

g. Approximately how much income did your last tax return reflect? 0

_____

h. List the persons who are dependent upon you for support and state your relationship to those persons.

N/A

i. State monthly expenses, itemizing the major items. 1,000.00

_____

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Party

February 11, 2026
Date

_____
Signature of Attorney
(Disregard if filed in propria persona)